December 13, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

MELANIE DORSETT, AS EXECUTRIX OF MELANIE FOSTER'S ESTATE,
Appellant

NO. 14-11-00039-CV                    V.

HISPANIC HOUSING AND EDUCATION CORPORATION, Appellee

_____

       This cause, an appeal from the judgment signed September 28, 2010 in favor of appellee Hispanic Housing and Education Corporation, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

       We further order that all costs incurred by reason of this appeal be paid by appellee Hispanic Housing and Education Corporation.

       We further order this decision certified below for observance.